UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MYNOR FEDERICO NUNEZ BALTAZAR,

                              Plaintiff,

v.

                                  **ORDER**

                              No. 23-CV-10885 (PMH)

PELICAN MANAGEMENT, INC., et al.,

                              Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Plaintiff, *pro se*, and counsel for Defendants appeared by telephone for an initial conference today. As discussed on the record, the Court is separately docketing a Civil Case Discovery Plan and Scheduling Order.

      Plaintiff is reminded that he may consider contacting the New York Legal Assistance Group's ("NYLAG") Clinic for Pro Se Litigants in the Southern District of New York, which is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves in civil lawsuits in this court.

SO ORDERED.

Dated:  White Plains, New York
           May 20, 2024

                                                            _____
                                                             PHILIP M. HALPERN
                                                             United States District Judge