UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MYNOR FEDERICO NUNEZ BALTAZAR,

                                        Plaintiff,

v.

PELICAN MANAGEMENT, INC., et al.,

                                        Defendants.
-----------------------------------------------------------X

**ORDER**

No. 23-CV-10885 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff, *pro se*, filed a motion for leave to file an amended complaint (Doc. 18) and a motion to strike his jury demand (Doc. 19) on June 18, 2024. No opposition has been filed to date.

On or before July 26, 2024, Defendants shall file their opposition, if any, to Plaintiff's pending motions; or, in the event Defendants do not oppose the relief sought, they shall so state in a letter filed via ECF by that date.

SO ORDERED.

Dated:    White Plains, New York
          July 16, 2024

_____
PHILIP M. HALPERN
United States District Judge