ROBERT A. DASHOW, ESQ.
ATTORNEY AT LAW
524 NORTH AVENUE
NEW ROCHELLE, NY 10801

PHONE: (914) 235-3200
FAX: (914) 235-8760

MEMBER OF NY & NJ BARS

---

> In light of Defendants' representation herein, Plaintiff's motion to withdraw his jury demand (Doc. 19) is granted pursuant to Fed. R. Civ. P. 38(d). The Clerk of Court is respectfully requested to terminate the pending motion.
>
> SO ORDERED.
>
> *(signature)*
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> August 5, 2024

July 31, 2024

VIA ECF and EMAIL
Judge Philip M. Halpern
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **Baltazar v Goldfarb Properties et al. 7:23-cv-10885 (PMH)**

Dear Judge Halpern:

I represent the Defendants in this lawsuit. I write to address the *pro se* Plaintiff's motion to vacate the jury demand. Defendants will not oppose the Motion to vacate the jury demand.

Thank you.

Respectfully,

*(signature)*

Robert A. Dashow, Esq.

CC:
VIA EMAIL
Mynor Federico Nunez Baltazar
20-50 Seagirt Blvd
Apt 3E
Far Rockaway, NY 11691