UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

23-CV-10885 (PMH)

———————————————————————X

MYNOR FEDERICO NUNEZ BALTAZAR

[PROPOSED] ORDER

Plaintiff,

-against-

PELICAN MANAGEMENT INC.,  
ROCKAWAY ONE COMPANY, LLC,  
MICHAEL KOENIG, in Personal & professional Capacity,  
HAL WEINER, in Professional Capacity  
LINDSAY HEINEMAN (Heck) in Professional Capacity

Defendants.

———————————————————————X

Upon consideration of Plaintiff's unopposed Motion to Dismiss without Prejudice pursuant to Fed. R. Civ. Proc. Rule 41(a)(2), it is

**HEREBY ORDERED** that Plaintiff's Motion is **GRANTED**.

Given the pattern that appears to be emerging based upon Plaintiff's conduct in this action and the earlier filed action bearing docket number 22-cv-7363 (i.e., Plaintiff's commencement of suits against these defendants, failure to participate in discovery, followed by voluntary dismissal), Plaintiff is hereby warned that should he in the future make bad faith or frivolous filings, the Court may impose sanctions, such as an injunction from future filings without first obtaining the Court's permission.

The Clerk of Court is respectfully requested to terminate the pending motions (Doc. 26, Doc. 27), and close this case.

**SO ORDERED**

Dated: White Plains, New York  
        September 12, 2024

_____  
PHILIP M. HALPERN  
United States District Judge