UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MYNOR FEDERICO NUNEZ BALTAZAR,

                       Plaintiff,

-against-                            23 **CIVIL** 10885 (PMH)

## JUDGMENT

PELICAN MANAGEMENT INC., ROCKAWAY ONE COMPANY, LLC, MICHAEL KOENIG, in Personal & professional Capacity, HAL WEINER, in Professional Capacity LINDSAY HEINEMAN (Heck) in Professional Capacity,

                       Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 12, 2024, plaintiff's motion is Granted. Given the pattern that appears to be emerging based upon Plaintiff's conduct in this action and the earlier filed action bearing docket number 22-cv-7363 ( i.e., Plaintiff's commencement of suits against these defendants, failure to participate in discove1y, followed by voluntary dismissal), Plaintiff is hereby warned that should he in the future make bad faith or frivolous filings, the Court may impose sanctions, such as an injunction from future filings without first obtaining the Court's permission. Accordingly, the case is closed.

**Dated:** New York, New York

       September 12, 2024

                                          **DANIEL ORTIZ**
                                          **Acting Clerk of Court**

                         **BY:**

                                          **Deputy Clerk**